**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIGUEL A. COLON-MARTE,** | : | **CIVIL ACTION NO. 1:25-CV-509** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER N. MENGES,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This matter comes before the court upon the Report and Recommendation ("R&R") (Doc. 29) of Magistrate Judge Phillip J. Caraballo, wherein Judge Caraballo recommends that the court dismiss this case.

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Caraballo's R&R, the court finds it to be sound and adopts it in its entirety.[1] Fundamentally, *pro se* plaintiff Miguel A. Colon-Marte seeks to have this court intrude upon his state court custody proceedings. As explained by Judge Caraballo, this court should abstain from interfering with state court actions and, even setting that aside, he has repeatedly failed to state a federal claim. Therefore, all federal claims shall be dismissed with prejudice.

Therefore, AND NOW, this 29th day of May, 2026, it is hereby ORDERED that:

1. Judge Caraballo's R&R (Doc. 29) is ADOPTED.

2. All federal claims contained within the amended complaint (Doc. 17) are DISMISSED with prejudice.

3. To the extent the amended complaint (Doc. 17) raises state law claims, those are DISMISSED without prejudice.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

5. The Clerk of Court shall CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

---

[1] The court notes that, ordinarily, claims dismissed for lack of subject matter jurisdiction are to be dismissed without prejudice. See In re Orthopedic "Bone Screw" Prods. Liab. Litig., 132 F.3d 152, 155-56 (3d Cir. 1997). However, given that Judge Caraballo's R&R also explains why Colon-Marte's amended complaint (Doc. 17) fails to state a claim, the court finds it appropriate to dismiss his claims with prejudice as well.